CARSON *v.* EARLYWINE.

APPEAL from the *Shelby* Court of Common Pleas.
*Per Curiam.*—This was a suit upon an award. There
was no answer to the complaint filed. The case was sub- *Saturday, June 19.*
mitted to the Court for trial without a jury, and was, so
far as appears by the record, a trial without an issue. This
was erroneous, according to *Dart* v. *Lowe et al.*, 5 Ind. R.
131.

The judgment is reversed with costs. Cause remanded
with leave to defendant to file an answer.

*J. Harrison* and *W. J. Peaslee*, for the appellant.